# Exhibit 1

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 570-2019-01852 |

Florida Commission On Human Relations _and EEOC_
_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Rehab Auf | XXXXXXXXXX | 1974 |

Street Address: 15300 SW 74th Place, Palmetto Bay, Florida 33157

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Howard University | 101 - 200 | 202-806-2500 |

Street Address: 2400 6th Street NW, Washington, DC, 20059

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Feb 2018   Latest:
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a qualified White Egytian Female individual. The Respondent subjected me to discrimination and retaliaiton based upon my sex, race, and national origin. I applied for the position of Associate Professor on Feburary 2, 2018. In June 2018, I as notified that I as selected for the position with a start date of August 16, 2018. However, in October 2018, I was notified that my start date was delayed till Janurary 2019 for pretextual reasons. In Janurary 2019, I was told to instead reapply for pretextual reasons. I attempted to ask why I was being subjected to harrasment and was then notified that I was being terminated.

The reason given to me for the actions above were due to Academic Negligence. However, I was never given the opportunity to begin in my position and instead replaced by an African American. Further, males within the same position as mine are offered a greater salary.

I believe that I have been discriminated against because of my sex (female), national origin (Egyptian), race (White) in violation of Title VII of the Civil Rights Act of 1964, as amended and the Equal Pay Act of 1963, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 5/12/2019   Charging Party Signature: [signature]

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

 # Exhibit 2    Welcome, Rehab

- Filing with EEOC

   

Assessment → Inquiry → Schedule Interview → More Details → File Charge

## My Charge

**EEOC Number: 570-2019-01852**   **Status:**

The charge of employment discrimination filed on **05/02/2019** with the U.S. Equal Employment Opportunity Commission (EEOC) by **Rehab Auf** against **HOWARD UNIVERSITY** is available for you to view online

The **Miami District Office** is handling this charge. EEOC has not assigned a point of contact for this charge at this time. When a point of contact is assigned, the contact's name and email address will appear here.

Add/View Representative   Update My Information

## Your Charge is Eligible for Mediation

### The EEOC Mediation Program:
Your Partner in Workplace Solutions!

We invite you to participate in the EEOC's Mediation Program to efficiently resolve your Charge of Discrimination. Mediation is a no-cost, voluntary, and confidential opportunity for both parties to work with a neutral mediator to discuss and resolve the EEOC Charge **before** an investigation of the Charge.

Here are five reasons you should participate:

**It's the FASTEST way to resolve your charge** – We try to resolve charges within 90 days.

**It's fair and confidential** – The mediator is a neutral facilitator who helps the parties find a solution to the problem. All discussions with the mediator are strictly confidential and are NOT part of the EEOC's investigation of the charge.

**It provides a GLOBAL resolution to the charge** – Mediation allows you to address all of your employment concerns, not just those discussed in the charge. It is an open forum that allows the parties to discuss any additional issues that the parties with to resolve.

**You CONTROL the outcome** – The mediator will work with you to identify the best options that exist to resolve your charge at this early stage. You will determine what options are workable and you are free to accept or reject any options.

**It's FREE and EFFECTIVE** – There is no cost to mediate your case. EEOC resolves more than 75% of the charges it mediates. And, more than 96% of parties surveyed say they would choose to mediate again in the future. If mediation doesn't resolve the charge, then EEOC determines whether to proceed further with an investigation.

Thank you for agreeing to participate in the EEOC Mediation Program. Please click **Review and Sign Documents** below to review and sign the Mediation and Confidentiality Agreements.

If your Employer also agrees to mediate your charge, we will contact you to schedule the mediation. If your employer does not choose to mediate, EEOC's enforcement staff will determine how to proceed with an investigation.

We look forward to working with you in bringing this matter to an amicable resolution and demonstrating why so many Charging Parties consider the EEOC Mediation Program their partner in workplace solutions.

# Exhibit 3

**From:** AUF Rehab <AUF.Rehab@outlook.com>
**Sent:** Thursday, May 30, 2019 2:10 PM
**To:** HUPresident@howard.edu; awutoh@howard.edu; emedford@howard.edu; Catchings, Robert M.
**Subject:** United States District Court , Case # 19-cv-22065

Good Afternoon,

On Tuesday, May 28, 2019, you and Howard University were served Court Summons and copy of the complaint as submitted to the Southern Florida District Court (US Federal Court). Also, a copy of the requested production was served for each listed defendants. All documents were served to you by leaving them at Howard University office for the general counsel with the staff member shown in the attached picture.

Please find attached a copy of the served summons, complaint, request for productions.

**Please note that an answer should be submitted within the time limit indicated in the served summons or the Court might grant a default judgment against all listed defendants who don't respond.**

Please note that a response to the request of productions must be provided within the stipulated time of 21 days of the service day.

Please send a copy of your answers, response to production request, and any other response you will lodge with Court to this email address.

Sincerely,
      Rehab Auf

Attachments:
1- Scanned Court Summons to all listed Defendant.
2- Exact text of the complaint as submitted to the Court and served to you.
3- Request for productions.
4- A picture of the staff member at the general counsel office, whom the service was left in his attendance over the desk (Suite 320).



# Exhibit 4

**From:** Arnold, Ariana W <ariana.arnold@Howard.edu>
**Sent:** Thursday, May 30, 2019 9:14 PM
**To:** AUF.Rehab@outlook.com
**Cc:** Teeling, William; Shapiro, Zachary
**Subject:** RE: United States District Court , Case # 19-cv-22065

Please direct all future correspondence regarding your lawsuit to the office of general counsel.

The University has not been properly served.

In addition, the Florida federal courts do not have jurisdiction over Howard University, which is a nonprofit private university, headquartered and registered in DC.
You cannot sue Howard in Florida, and we intend to move to dismiss the suit on those grounds.

Should you continue to pursue a lawsuit in Florida we may also seek costs against you.



*Ariana Wright Arnold, Esq.*
*Senior Associate General Counsel*
Howard University
2400 6th Street NW, Suite 321 | Washington, DC 20059
Phone: (202) 806-2657/ Mobile (410) 212-1557

# Exhibit 5

**From:** do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
**Sent:** Thursday, July 18, 2019 8:12 AM
**To:** auf.rehab@outlook.com
**Subject:** PACER Account Settings Changed



The following change has been made to your PACER account:



| Account # | |
|---|---|
| Account Contact | Rehab Auf |
| Account Status | Inactive: Disabled - Other |
| Changed Setting | Address Information |

If you did not make this change or have questions, please contact the PACER Service Center.

**NOTE:** Please do not reply to this message. This is an automated message sent from an unmonitored mailbox. If you have questions or comments, please email them to pacer@psc.uscourts.gov or call the PACER Service Center at (800) 676-6856 between 8 AM and 6 PM CT Monday through Friday.

(Plaintiff certifies that she contacted acting counsel on July 17, 2019 in a good faith attempt to resolve matters pursuant to the local rules. Acting Counsel did not respond to plaintiff).

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing record was sent to all parties of record electronically via the Court's CM/ECF System, including, but not limited to, the following:

Mr. David B. Levin (Counsel for Howard University)
Florida Bar No. 26394
dlevin@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
1 Financial Plaza, Suite 1620, Fort Lauderdale, Florida 33394
Telephone: (954) 768-1600 | Telecopier: (954) 333-3930

43